# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KANE CAMPBELL, | CASE NO. 1:10-cv-02231-LJO-GBC PC |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS RECOMMENDING DISMISSAL OF ACTION, WITHOUT PREJUDICE, FOR FAILURE TO STATE A CLAIM |
| v. | |
| GERAGOS B. GERAGOS, et al., | |
| Defendants. | (Docs. 1, 4) |

Plaintiff Kane Campbell[1] ("Plaintiff"), a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983, filed the complaint in this action on December 2, 2010. (Doc. 1.)  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 9, 2010, the Magistrate Judge issued findings and recommendations recommending that the action be dismissed for failure to state a claim. (Doc. 4.)  The parties were given thirty days within which to file objections and no objections have been filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

///

---

[1] Plaintiff is also known as Wesley Kane Campbell.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations, filed December 9, 2010, are adopted in full;
2. This action, is dismissed, without prejudice, based on Plaintiff's failure to state a claim upon which relief may be granted under section 1983;
3. This dismissal shall count as a strike pursuant to 28 U.S.C. § 1915(g); and
4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

**Dated:   January 27, 2011**            /s/ Lawrence J. O'Neill
                                   UNITED STATES DISTRICT JUDGE